**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6378**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

KALONJI SKOU EWING, a/k/a Luck,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:09-cr-00151-FL-1)

Submitted:  August 31, 2016          Decided:  September 14, 2016

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kalonji Skou Ewing, Appellant Pro Se.  Dena Janae King, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kalonji Skou Ewing appeals the district court's order denying his motion to reconsider the district court's denial of his 18 U.S.C. § 3582(c)(2) (2012) motion. Because the district court lacked jurisdiction to consider Ewing's motion for reconsideration, we affirm the denial of relief. See United States v. Goodwyn, 596 F.3d 233, 234 (4th Cir. 2010) (holding that district court lacks authority to grant motion to reconsider ruling on § 3582(c)(2) motion). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED